# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF LOUISIANA

### SHREVEPORT DIVISION

TERRENCE JOHNSON                                    CIVIL ACTION NO. 20-1560-P

VERSUS                                             JUDGE DONALD E. WALTER

CADDO CORRECTIONAL                           MAGISTRATE JUDGE HORNSBY
CENTER, ET AL.

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Petitioner and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Petitioner's complaint is **DISMISSED WITHOUT PREJUDICE**, for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, on this 21st day of July, 2023.

**DONALD E. WALTER**
**UNITED STATES DISTRICT JUDGE**